

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

August 18, 2016

Hon. W. Bernard Fudge
Judge, 78th District Court
Wichita County
900 7th Street, Rm. 314
Wichita Falls, TX 76301
* DELIVERED VIA E-MAIL *

John Joseph Jordan
Wichita County Jail
P.O. Box 8526
Wichita Falls, TX 76307

Criminal District Clerk, Wichita County
P.O. Box 718
Wichita Falls, TX 76307-0718
* DELIVERED VIA E-MAIL *

Lee Ann Marsh
710 Lamar, Ste. 440W
Wichita Falls, TX 76301
* DELIVERED VIA E-MAIL *

Hon. David L. Evans
Regional Presiding Judge
Tom Vandergriff Civil Courts Bldg.
100 N. Calhoun St., 2nd Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Maureen Shelton
District Attorney
Wichita County Courthouse
900 7th Street
Wichita Falls, TX 76301
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     02-16-00266-CR, 02-16-00267-CR
        Trial Court Case Number:     56,639-B, 57,450-B

Style:   John Joseph Jordan
         v.
         The State of Texas

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause.

Copies of the opinion and judgment are attached and can also be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*